IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF OREGON

| | |
|---|---|
| MICHAEL HAILEY-GIANNETTI,<br>Plaintiff,<br><br>v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br>Defendant. | 1:23-cv-00019-HL<br><br>ORDER FOR ATTORNEY<br>FEES UNDER 42 U.S.C. § 406(b) |

Plaintiff's Motion is hereby granted as follows: Kevin Kerr is allowed an attorney's fee under the Social Security Act, 42 U.S.C. § 406(b), in the amount of $10,160.25 to be paid in accordance with agency policy. Plaintiff's counsel shall refund the amount of $4,613.64 already received by counsel under the Equal Access to Justice Act.

Any funds withheld by the Commissioner in anticipation of an order under Section 406(b), less an administrative assessment pursuant to 42 US.C. 406(d), may be paid to Kevin Kerr, using the information on file with the Agency, consistent with this order.

Dated this __26th__ day of __November__, 2025.

/s/ ANDREW D. HALLMAN
Andrew D. Hallman
United States Magistrate Judge